UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DAVID A.,

                Plaintiff,

  -against-                                    22 **CIVIL** 01353(GRJ)

                                                              **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated July 12, 2023, Plaintiff's Motion for Judgment on the Pleadings (Docket No. 11) is GRANTED; the Commissioner's Motion for Judgment on the Pleadings (Docket No. 19) is DENIED; and this case is REMANDED for further proceedings consistent with this Decision and Order.. Accordingly, the case is closed.

**Dated:** New York, New York

       July 13, 2023

                                                                   **RUBY J. KRAJICK**

                                                                              Clerk of Court

                                         **BY:**

                                                                              **Deputy Clerk**